UNITED STATES DISTRICT COURT          EASTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| HUNTER NEWBY, | § | |
| | § | |
| | § | |
| *versus* | § | CASE NO.  1:26-CV-00165-MAC-ZJH |
| | § | |
| | § | |
| STATE FARM MUTUAL AUTOMOBILE | § | |
| INSURANCE COMPANY, ANDREW | § | |
| TYLER MAGANA, | § | |

### ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

On April 30, 2026, the Court referred this case to the Honorable Zack Hawthorn, United States Magistrate Judge for pretrial management.  On May 26, 2026, Judge Hawthorn issued a *Report and Recommendation* which recommended that this case be remanded to the 163rd Judicial District Court of Orange County, Texas.  (#5).

The court reviewed Judge Hawthorn's Report and Recommendation along with the record, pleadings, and all available evidence.  The court affirms Judge Hawthorn's findings of fact and conclusions of law are correct.  The parties have not filed objections to the Report and Recommendation, and the time for doing so has passed.[1]  *See* 28 U.S.C. § 636(b)(1)(C).

It is therefore **ORDERED** that Judge Hawthorn's *Report and Recommendation* (#5) is **ADOPTED**.  This case is remanded to the 163rd Judicial District Court of Orange County, Texas.

---

[1]  The parties subsequently filed an *Agreed Motion to Remand to State Court*, which does not oppose Judge Hawthorn's recommendation.  (#6).

Accordingly, Newby's *Agreed Motion to Remand to State Court* (#6) is **DENIED AS MOOT**.

SIGNED at Beaumont, Texas, this 11th day of June, 2026.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE